**Order entered March 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01019-CV

**FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants**

**V.**

**HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before the Court are appellants' March 2, 2015 motion for additional time to file en banc/petition for review and appellant's March 2, 2015 motion for en banc rehearing. Because the provisions in the Texas Rules of Appellate Procedure regarding reconsideration en banc pertain to reconsideration of opinions, appellants' motions are **DENIED**. Appellants have requested and the Court denies the motions to reconsider en banc the Court's February 11, 2015 order denying appellants' request to reconsider the Court's February 4, 2015 order denying appellants' motion to require appellees to re-brief. Our records show this appeal is at issue and it will be set for submission in due course.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE